**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Steadfast Insurance Company, | ) | C/A No. **2:18-cv-00407-MBS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **SECOND CONSENT AMENDED** |
| | ) | **SCHEDULING ORDER** |
| Midsouth Steel Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Discovery shall be completed no later than **April 5, 2019**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

2. Motions in limine must be filed no later than **June 14, 2019.**

3. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **March 29, 2019**. (Fed. R. Civ. P. 16(b)(2)).

4. Mediation, pursuant to Local Civil Rules 16.03 - 16.11, shall be completed in this case on or before **May 24, 2019**. See Mediation Order attached to original Conference and Scheduling Order which sets forth mediation requirements. At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the Mediation Order; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.

5. No later than **June 14, 2019**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6). **Deposition designations and counter-designations must specifically identify the portions to be offered, including page and line citations.**

6.  Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).[1]  Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  See Local Civil Rule 26.07.

7.  This case is subject to being called for jury selection and/or trial on or after **July 8, 2019**.

/s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Dated: December 20, 2018
Charleston, South Carolina

---

[1] Requirements for cases assigned to Judge Seymour as to submission/filing of pretrial briefs can be found at www.scd.uscourts.gov.