IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Steadfast Insurance Company, | ) | C/A No. 2:18-cv-00407-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| Midsouth Steel, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned, being all of the parties who have appeared in the action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the action is dismissed without prejudice as of this 23rd day of August 2019.

WE SO STIPULATE.

/s/ H. CLAYTON WALKER, JR.
H. Clayton Walker, Jr., Esq.(Fed. 4489)
Haynsworth, Sinkler Boyd, P.A.
Post Office Box 340
Charleston, SC 29402-0340
(843) 722-3366
cwalker@hsblawfirm.com

/s/ NORMAN W. LAMBERT
Norman W. Lambert, Esq. (Fed. 5246)
Wesley B. Lambert, Esq. (Fed. 11990)
Harper, Lambert & Brown, P.A.
PO Box 908
Greenville, SC 29602
(864) 235-5535
wlambert@hlblegal.com
weslambert@hlblegal.com

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANT

HSB 5936179 v.1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Steadfast Insurance Company, | ) | C/A No. 2:18-cv-00407-MBS |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| Midsouth Steel, Inc. | ) | |
| Defendant. | ) | |

I hereby certify that, on August 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Norman W. Lambert, Esq.
Wesley B. Lambert, Esq.
Harper, Lambert & Brown, P.A.
PO Box 908
Greenville, SC 29602
(864) 235-5535
(864) 235-6866/Facsimile
wlambert@hlblegal.com
weslambert@hlblegal.com

*Attorneys for Defendant*

By: *B.T_____*
Bernadette Tomasuolo, Paralegal

HSB 5942709 v.1